IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HHS Capital, LLC, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:18cv732 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Equity Max Network, LLC, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on February 26, 2019 (Doc. 34), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired March 12, 2019, hereby

ADOPTS said Report and Recommendation.

Accordingly, Defendant Garrett Stevenson's motion for relief from judgment (Doc. 29) is

DENIED.

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court